In the Matter of the Probate of the Will of ROSE MOSKOWITZ, Deceased. JULIUS S. MOSKOWITZ, Respondent; ANNETTE RICH, Appellant.

Argued April 14, 1952; decided April 23, 1952.

*Milton I. Newman* and *Emil N. Baar* for appellant.

*Alex Rubin* and *Daniel Ginsberg* for respondent.

Order affirmed, with costs to both parties payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 304 N. Y. 593.]